**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,                             Case No. 24-cr-20438-2
                                                 Hon. Matthew L. Leitman

v.

D2, DIEGO DAVID PONCE,

      Defendant.

_____/

**ORDER ALLOWING LAPTOP/COMPUTER**
**INTO PLACE OF DETENTION**

Upon Defendant's need to view electronic discovery material in the facility housing Defendant; and the Court being aware of the refusal of detention facilities to allow a laptop into their facility without a court order; and this Honorable Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that James C. Thomas, of James C. Thomas, P.C., Attorney for Defendant, Diego David Ponce, or any lawyer affiliated with James C. Thomas, P.C., be permitted to take a laptop computer, a computer disc player, or other such electronic device which can be used to play and review the discovery in this matter, with and for Diego David Ponce, into the Sanilac County Jail, or any other facility where Mr. Ponce may be housed, pending the resolution of the above-captioned matter.

**IT IS FURTHER ORDERED** that a private and confidential area shall be provided for the Defendant's viewing of said discovery material.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: September 10, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 10, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126